UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-24629-KMW

CARMELIA NEWBOLD,

Plaintiff,

v.

MIAMI-DADE COUNTY,

Defendant.
______________________/

# JOINT RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR EXTENSION OF TIME TO FILE NOTICE WITH AGREED MEDIATION DATE

Pursuant to this Court's Order to Show Cause (ECF No. 39), Plaintiff, CARMELIA NEWBOLD, and Defendant, MIAMI-DADE COUNTY, hereby respond to the Order to Show Cause and file this Joint Motion for Extension of time to File Notice with Agreed Mediation Date.

1. The Court issued an Order to Show Cause regarding the fact that the parties had not filed a notice of mediation within the time period set by the Court's prior Order.

2. The parties apologize for not having filed the joint notice as yet. The parties have agreed to select former state Circuit Judge Jerald Bagley to serve as mediator. Because of the upcoming Thanksgiving Holidays, the parties need additional time to coordinate schedules with the mediator and party representatives and are respectfully requesting an extension up to and including December 4, 2026, to file the notice of scheduling mediation with the precise date, time and location of the mediation.

3. The parties respectfully request that the Order to Show cause be discharged and that the parties not be sanctioned.

4. The request is in the interest of justice.

WHEREFORE, the parties respectfully request that the Court discharge the Order to Show Cause and grant the joint motion for extension of time for the parties to file a joint notice of agreed mediation date, through and including December 4, 2026.

Respectfully submitted,

By:
*/s/ Carmelia Newbold*
Carmelia Newbold, *Pro Se*
Plaintiff, Pro Se
7756 Harbour Boulevard
Miramar, FL 33023
Telephone: 305-647-9011
Email: carmelianewbold00@gmail.com

*Plaintiff*

By:
*/s/ Eric A. Rodriguez*
Eric A. Rodriguez, Esq.
Florida Bar No. 970875
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 NW 1st St, Ste 2810
Telephone: 305-375-5151
Facsimile: 305-375-5634
Email: ear2@miamidade.gov

*Attorneys for Defendant*